UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORSE STRAITS LLC, a Colorado limited liability company,<br>Plaintiff,<br>v.<br>SHM CABRILLO ISLE LLC, a Delaware limited liability company registered to do business in California, d/b/a SAFE HARBOR MARINA; DEBBIE J. DAVIS, an individual; and DOES 1 through 50, inclusive,<br>Defendant. | Case No.: 3:25-cv-03259-H-BJW<br><br>**ORDER GRANTING DEFENDANT AND COUNTER CLAIMANT'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR EX PARTE APPLICATION TO ENFORCE SETTLEMENT AND SUPPORTING DECLARATION OF KANIKA D. CORLEY**<br><br>[ECF No. 33] |

On November 10, 2026, Defendants SHM Cabrillo Isle LLC, d/b/a Safe Harbor Marina ("SHM"), and Debbie J. Davis ("Davis"), and Counter-Claimant SHM (collectively, "Defendants") filed an ex parte motion for leave to file under seal the unredacted portions of the ex parte application and supporting declaration that quote the sealed transcript of the June 1, 2026, ENE/CMC proceedings and settlement terms ("Motion"). ECF No. 32-33. Specifically, the party seeks to file under seal the unredacted versions of the following documents (the "Sealed Material"):

(1) The Memorandum of Points and Authorities in support of Defendants and Counter-Claimant's Ex Parte Application for an Order Enforcing the June 1, 2026 Settlement and Approving the Written Settlement Agreement (the "Application"), filed in redacted form at ECF No. 32-1, only to the extent it quotes or paraphrases the sealed transcript of the June 1, 2026 Early Neutral Evaluation proceedings (the "Sealed Transcript"); and 2.

(2) The Declaration of Kanika D. Corley in Support of the Application (the "Corley Declaration"), filed in redacted form at ECF No. 32-2, only to the extent it quotes or paraphrases the Sealed Transcript including the associated Exhibits.

ECF No. 33 at 2.

Redacted versions of both documents have been publicly filed. *Id.* Defendants do not seek to seal the revised Settlement Agreement, the comparison document, or the certificate of insurance, and they do not seek to refile the Sealed Transcript, which is already maintained under seal. ECF No. 33 at 8. All portions of the documents filed at ECF Nos. 32–35 that are currently redacted shall remain redacted unless otherwise ordered by the Court.

Rule 26 of the Federal Rules of Civil Procedure authorizes a court to order "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c). Courts have "broad latitude to grant protective orders to prevent disclosure of materials for many types of information." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). In exercising that discretion, the court must determine whether good cause for such an order exists. *Id.* at 1210.

After reviewing the documents in question, the Court concludes that good cause exists to file them under seal. Plaintiff has a legitimate interest in protecting its confidential nonpublic information. Accordingly, the Court grants Plaintiff's motion for leave to file these documents under seal.

**IT IS SO ORDERED.**

DATED: November 17, 2026

Hon. Brian J. White
United States Magistrate Judge